UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10

**10 CIV 9030**

| | |
|---|---|
| DUKES BRIDGE LLC | CIVIL ACTION |
| Plaintiff | |
| v. | NO. |
| MARCOS T. MOLINA; | |
| RAFAEL R. NINO, Individually and as Trustee of the Marcos Molina Irrevocable Life Insurance Trust dated September 7, 2007 and The 2008 Marcos Molina ILIT dated March 20, 2008; | |
| MARCOS MOLINA IRREVOCABLE LIFE INSURANCE TRUST DATED SEPTEMBER 7, 2007; | |
| THE 2008 MARCOS MOLINA ILIT DATED MARCH 20, 2008; | |
| ROSTER FINANCIAL; | |
| RAND BROKERAGE; | |
| RAND GROUP BROKERAGE; | |
| BEDIS ZORMATI, Individually and as an agent of Rand Group Brokerage and/or Metropolitan Life Insurance Company; and | |
| MANO ENTERPRISES, INC. | |
| Defendants. | |

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

Upon the affidavit of David Girardot, sworn to the 1st day of December, and upon the Complaint hereto annexed, it is:

ORDERED that the above named Defendants shall personally appear in this Court and show cause before a motion term of this Court, at Room **15C**, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on **December 9, 2010**, at **11** o'clock in the **fore** noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

- enjoining the Defendants during the pendency of this action from transferring, dissipating, assigning, conveying, encumbering or otherwise disposing of or affecting any of Plaintiff's right to, interest in, or title to the Metropolitan Life Insurance Company life insurance policy no. 208097103MLU and The Union Central Life Insurance Company life insurance policy no. U000039438, and

- ordering that the ownership interests of said policies be returned to Plaintiff.

and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants are temporarily restrained and enjoined from immediately transferring, dissipating, assigning, conveying, encumbering or otherwise disposing of or affecting any of Plaintiff's right to, interest in, or title to the Metropolitan Life Insurance Company life insurance policy no. 208097103MLU and The Union Central Life Insurance Company life insurance policy no. U000039438; and it is further

ORDERED that security in the amount of $ **10,000.00** be posted by the Plaintiff prior to **Wednesday**, **12/8/10** at **4** o'clock in the **after** noon of that day; and it is further

*[Handwritten margin note: Unless case has been assigned by then, (u)assigned to go to courtroom of assigned Judge and call Judge before 12/9/10 to alert that Judge. DRE 12/6/10]*

ORDERED that service of a copy of this order and annexed affidavit upon the Defendants or their respective counsel on or before __4__ o'clock in the *afternoon*, *December 7, 2010*, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: __10:02__ A. M

*Deborah A. Batts*

United States District Judge

#1151412-v1 07292-0008